OPINION — AG — QUESTION: "DOES THAT STATE BOARD FOR VOCATIONAL EDUCATION HAVE AUTHORITY TO ADOPT THE AMENDMENT TO ITS RULES AND REGULATIONS THE QUOTED PROPOSAL SET OUT AS SUBSECTION 9(A) ABOVE? (SECTION 9 READS: `ANNEXATION OR DEANNEXATION OF PUBLIC DISTRICTS HAS NO EFFECT ON A PUBLIC DISTRICT'S STATUS WITH REGARD TO BEING A PART OF AN AREA VOCATIONAL TECHNICAL SCHOOL DISTRICT')" — ANSWER: AFFIRMATIVE CITE: ARTICLE X, SECTION 9(B), 70 O.S. 1967 Supp., 4-47 [70-4-47] (W. J. MONROE)